SUPERVISED RELEASE                Date: 7/23/2015

**Before Judge Walter H. Rice**

**USA v. Kevin Grindle**                CASE NUMBER: 3:13-cr-136

Plaintiffs Attorney:      AUSA, Alex Sistla

Defendants Attorney:     Art Mullins

Probation Officer:      Greg Freson

   X     Defendant appeared with counsel.


   X    Other: Supervised Release began on 10/10/2012. Statement by the court. Statement by counsel. Dialogue between the court and counsel. Statement by the Phil Liapis defendant's employer. Dialogue between the court and the probation officer. Statement by the defendant. The defendant agrees to all terms of the Supervision Plan.


The court having found the defendant in violation of supervision revokes the defendants supervised release and remands the Defendant to the custody of the Attorney General/Bureau of Prisons of the United States for a period of:

     Time Served (16 days)   months on the Supervised Release Violation.

  36 months less the 16 days      Years Supervised Release on Count .

Follow all previous imposed conditions of Supervised Release.

The defendant is to discharge any previous conditions of Supervised Release.

The defendant's rights of appeal explained and understood.


COURT REPORTER: Debra Futrell            CONVENE: 10:58

DEPUTY CLERK:   Cindy Fugate             RECESS:  11:18