IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                               Case No. 3:13cr136

KEVIN GRINDLE,              JUDGE WALTER H. RICE

        Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE,
WITH REIMPOSED PERIOD OF SUPERVISED RELEASE SUBJECT TO
CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND
UNDERSTOOD; TERMINATION ENTRY

---

On July 23, 2015, the Defendant, having previously been found in violation of his supervised release which began on October 10, 2012, appeared in open Court for final disposition.

Pursuant to the record made in open Court on the aforesaid July 23, 2015, court appearance, as well as upon prior court appearances, also upon the record, the Court having previously found the Defendant in violation of his supervised release, revokes same and remands the Defendant to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served (16 days), with a three year period of supervised release to follow of 36 months, less the aforesaid 16 days. He is to follow and discharge any previously imposed conditions of supervised release.

-2-

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 5, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmons, AUSA
Art Mullins, Esq.
Greg Freson, U.S. Probation Officer